# United States District Court

## *Southern District of Georgia*

TIMOTHY D. PEARSON

_____

Plaintiff

**v.**    AARON L. HARRIS

_____

Defendant

Case No. _____4:25-CV-00317_____

Appearing on behalf of

Plaintiff

_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This 15th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

**\*\*\*\*\***

| | |
|---|---|
| NAME OF PETITIONER: | Joshua A. Mullen |
| Business Address: | Womble Bond Dickinson (US) LLP |

Firm/Business Name

1222 Demonbreun St.

Street Address

| Ste. 1201 | Nashville | TN | 37203 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| 202-857-4522 | | TN Bar No. 28388 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    Josh.Mullen@}wbd-us.com